**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

VICTOR M. FIGUEROA,

Plaintiff,

v. Case No. 2:24-cv-1019-KRH

LEE ISLAND COAST REAL ESTATE, INC., d/b/a Cornerstone Coastal Properties,

Defendant.
______________________________/

# ORDER

Upon review of the docket, I find that recusal is necessary to avoid even the appearance of partiality or impropriety. 28 U.S.C. § 455(a). Specifically, I learned that Plaintiff just started working as an employee at the Fort Myers Courthouse. Because a named party is now a coworker with whom I will regularly interact as part of my normal work duties, I disqualify myself to avoid any appearance of impropriety and to advance the interest of justice.

Because all other district and magistrate judges in Fort Myers would have the same potential conflict, I spoke with them about this issue. They, too, would recuse themselves from this case if assigned to it. While I am confident any judge in the Fort Myers Courthouse would be fair and impartial in this case, we must disqualify when our impartiality could reasonably be questioned. 28 U.S.C. § 455(a). This case presents that circumstance, so each judge here would have an affirmative obligation to recuse sua sponte. *E.g.*, *United States v. Kelly*, 888 F.2d

732, 744 (11th Cir. 1989).

The Clerk is **DIRECTED** to refer this case to the Chief Judge for reassignment to a different Division within the Middle District.

In Fort Myers, Florida, on August 24, 2026.

Kevin R. Huguelet
United States Magistrate Judge